SIDDHESH V. PANDIT (Va. Bar No. 75686 - *Pro Hac Vice*)
svp@maierandmaier.com
TIMOTHY J. MAIER (Va. State Bar No. 46254 - *Pro Hac Vice* forthcoming)
tjm@maierandmaier.com
MICHAEL CASEY (Va. Bar No. 43919- *Pro Hac Vice* forthcoming)
mrc@maierandmaier.com
MAIER & MAIER, PLLC
345 South Patrick Street
Alexandria, VA 22314
Telephone: (703) 740-8322

THOMAS J. GOHN (Tex. Bar No. 24097742- *Pro Hac Vice* forthcoming)
tjg@maierandmaier.com
MAIER & MAIER PLLC
8750 N. Central Expressway, Ste. 1850
Dallas, Texas 75231
Telephone: (703) 740-8322

STACY E. DON (Cal. State Bar No. 226737)
sdon@sdonlaw.com
LAW OFFICE OF STACY E. DON
8203 Sierra College Blvd.
Roseville, CA 95661-4227
Telephone: (916) 749-4851

Attorneys for Defendants AEM Holdings Ltd.,
AEM Singapore Pte. Ltd., and AEM Americas, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTEST TEST SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AEM HOLDINGS LTD., a Singapore corporation; AEM SINGAPORE PTE. LTD., a Singapore corporation; and AEM AMERICAS, INC., a California corporation,<br><br>Defendants. | Case No.: 3:25-cv-02604-JES-BJW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>**Judge: James E. Simmons, Jr.**<br>**Action Filed: October 1, 2025**<br><br>**Hearing: February 25, 2026**<br>**Time: 11:00 a.m.**<br>**Courtroom: 4B** |

-1-

CASE NO. 3:25-CV-02604-JES-BJW

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT on February 25, 2026 at 11:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable James E. Simmons, Jr. of the above-entitled Court, located at the Edward J. Schwartz Courthouse, 221 W. Broadway, San Diego, CA 92101, Courtroom 4B.

Defendants AEM Holdings Ltd., AEM Singapore Pte. Ltd., and AEM Americas, Inc. (collectively, "AEM") respectfully move to dismiss Advantest Test Solutions, Inc.'s ("Advantest") Complaint (ECF No. 1) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Pursuant to Section III.A.1 of this Court's Standing Order for Civil Cases, counsel for AEM and Advantest met and conferred in good faith to attempt to resolve this issue and Advantest confirmed it opposes this motion.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities and any reply papers submitted in support of this motion, the complete records and files of this action, and any argument or additional evidence permitted by the Court.

CASE NO. 3:25-CV-02604-JES-BJW

DATE: January 9, 2026

Respectfully Submitted,

s/ Siddhesh V. Pandit
Siddhesh V. Pandit, VA Bar No. 75,686
(*pro hac vice*)
svp@maierandmaier.com
Timothy J. Maier, VA State Bar No. 46254
(*pro hac vice to be submitted*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919
(*pro hac vice to be to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)

Thomas J. Gohn, TX Bar No. 24097742)
(*pro hac vice to be submitted*)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

Stacy E. Don, Cal. Bar. No. 226737
sdon@sdonlaw.com
**Law Office of Stacy E. Don**
8203 Sierra College Blvd.
Roseville, CA 95661
Telephone: (916) 749-4851

***Attorneys for Defendants AEM Holdings Ltd., AEM Singapore Pte. Ltd., and AEM Americas, Inc.***

-3-

-4-